UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| United States of America, | Case No. 24-cr-115 (DSD/TNL) |
| Plaintiff, | |
| v. | **ORDER** |
| Alfonso Lee Seals, | |
| Defendant. | |

---

This matter comes before the Court on Defendant Alfonso Lee Seals's Motion for Continuance of Motions Filings, Motions Hearing, and Trial Date, ECF No. 19. Defendant also filed a Statement of Facts in Support of Exclusion Under the Speedy Trial Act, ECF No. 20.

The motion seeks a 30-day extension of the motions filing deadline and corresponding hearing date and trial date because defense counsel and Defendant need additional time to review the substantial amount of discovery in this case which was only recently provided to Defendant due to an error. *See* ECF No. 19 at 1. The Government has no objection to the requested continuance. *Id.* Defendant's statement of facts requests the 30 days to be excluded from computation under the Speedy Trial Act. *See* ECF No. 20.

Pursuant to 18 U.S.C. § 3161(h), this Court finds that the ends of justice served by granting a continuance outweigh the best interests of the public and Defendant in a speedy trial and such continuance is necessary to provide Defendant and his counsel reasonable time necessary for effective preparation and to make efficient use of the parties' resources.

1

Based on all the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that:

1. Defendant's Motion for Continuance of Motions Filings, Motions Hearing, and Trial Date, ECF No. 19, is **GRANTED**.

2. The period of time from **June 25, 2024 through July 25, 2024,** shall be excluded from Speedy Trial Act computations in this case.

3. All motions in the above-entitled case must be filed and served consistent with Federal Rules of Criminal Procedure 12(b) and 47 on or before **July 25, 2024**. *See* D. Minn. LR 12.1(c)(1). Two courtesy copies of all motions and responses must be delivered directly to the chambers of Magistrate Judge Tony N. Leung.

4. **Counsel must electronically file a letter on or before July 25, 2024, if no motions will be filed and there is no need for hearing**.

5. All responses to motions must be filed by **August 8, 2024**. *See* D. Minn. LR 12.1(c)(2).

6. Any Notice of Intent to Call Witnesses must be filed by **August 8, 2024**. *See* D. Minn. LR. 12.1(c)(3)(A).

7. Any Responsive Notice of Intent to Call Witnesses must be filed by **August 13, 2024**. *See* D. Minn. LR 12.1(c)(3)(B).

8. A motions hearing will be held pursuant to Federal Rules of Criminal Procedure 12(c) where:

    a. The Government makes timely disclosures and a defendant identifies in the motions particularized matters for which an evidentiary hearing is necessary; or

      b.      Oral argument is requested by either party in its motion, objection or response pleadings.

9.      If required, the motions hearing must be heard before Magistrate Judge Tony N. Leung on **August 26, 2024, at 9:00 a.m.**, in Courtroom 9W, Diana E. Murphy United States Courthouse, 300 South Fourth Street, **MINNEAPOLIS**, Minnesota. *See* D. Minn. LR 12.1(d).

10.      **TRIAL: The trial date, and other related dates, will be rescheduled following the ruling on pretrial motions. Counsel must contact the Courtroom Deputy for District Judge David S. Doty to confirm the new trial date.**

Dated: June 26, 2024

      *s/ Tony N. Leung*
      Tony N. Leung
      United States Magistrate Judge
      District of Minnesota

      *United States v. Seals*
      Case No. 24-cr-115 (DSD/TNL)